# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __SACV 22-00177-FWS__  Date __December 27, 2022__

Title: __In Re: Shirley Foose McClure__

Present: The Honorable __FRED W. SLAUGHTER__

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present                         Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated __12/23/22 [64]     JS-6__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __mku__